**In the Matter of Henry G. BARR, Petition for Reinstatement.**

**No. 848, Disciplinary Docket No. 2.**

Supreme Court of Pennsylvania.

Feb. 26, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 26th day of February, 1996, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated January 29, 1996, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

CASTILLE, J., did not participate in this matter.

**In the Matter of Barton A. PASTERNAK, Petition for Reinstatement.**

**No. 557, Disciplinary Docket No. 2.**

Supreme Court of Pennsylvania.

March 1, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 1st day of March, 1996, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated February 8, 1996, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Daryl Brett MAGID, Respondent.**

**No. 186, Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

March 1, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 1st day of March, 1996, upon consideration of the Report and Recommendations of the Disciplinary Board dated February 12, 1996, it is hereby

ORDERED that DARYL BRETT MAGID, be and he is SUSPENDED from the Bar of this Commonwealth for a period of three (3) years, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

It is further ORDERED that should DARYL BRETT MAGID apply for reinstatement he shall execute an authorization to release the Supreme Court of Ohio records and shall submit to a psychological examination.